

Douglas B. Lipsky - Partner

420 Lexington
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

September 21, 2021

<u>VIA ECF</u>
The Honorable James R. Cho, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Fischler v. Carve Design LLC d/b/a Geekey, 1:21-cv-04100-AMD-JRC</u>

Dear Magistrate Judge Cho:

    This firm represents Plaintiff Brian Fischler and we submit this letter on behalf of all parties to advise the Court this matter has been amicably resolved. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and with prejudice to Plaintiff's right to open the action within 30 days of the Court's Order if the settlement is not consummated, and (ii) any existing deadlines and conferences be adjourned *sine die*.

    We appreciate the Court's consideration of these requests.

                                 Respectfully submitted,
                                 LIPSKY LOWE LLP


                               <u>s/ Douglas B. Lipsky</u>
                               Douglas B. Lipsky